UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OCTAVIA ROBB, et al., | ) |
| Plaintiffs, | ) No. 4:16-CV-1727 RLW |
| v. | ) |
| BAYER CORPORATION, et al., | ) |
| Defendants. | ) |

## ORDER OF REMAND

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Twenty-Second Circuit in the City of St. Louis, Missouri.

Dated this 13th day of December, 2016.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE